04-0069 C

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
See attached list of plaintiffs

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Brad Fagg

Firm Name: Morgan, Lewis & Bockius LLP

Post Office Box:

Street Address: 1111 Pennsylvania Ave., N.W.

City-State-Zip: Washington, DC 20004

Telephone & Facsimile Numbers: PH: 202-739-5191 Fax: 202-739-3001

E-mail address: bfagg morganlewis.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 4

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Breach of the standard contract by DOE for the storage of spent nuclear fuel.

Government Agency Involved: D O E

See attached Sheet for three digit code.

Amount Claimed: $ to be determined

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only) N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003