# In the United States Court of Federal Claims

No. 04-069C
(Filed July 21, 2004)

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CLEVELAND ELECTRIC ILLUMINATING COMPANY,**

**PENNSYLVANIA POWER COMPANY,**

**THE TOLEDO EDISON COMPANY,**

Plaintiffs,

v.

**UNITED STATES OF AMERICA,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiffs have filed a response to defendant's motion for a stay expressing agreement to a stay of a limited, six-month duration. As both sides have stated their opinion that a stay could be efficient and economical, the Court finds good cause and hereby **GRANTS-IN-PART** defendant's motion for a stay. All proceedings in this case will be stayed through November 1, 2004. The parties shall file a joint status report on or by October 22, 2004, informing the Court whether they believe the stay should be extended.

**IT IS SO ORDERED.**

/S/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge