# In the United States Court of Federal Claims

No. 04-069C
(Filed November 2, 2004)

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CLEVELAND ELECTRIC ILLUMINATING COMPANY,**

**PENNSYLVANIA POWER COMPANY,**

**THE TOLEDO EDISON COMPANY,**

Plaintiffs,

v.

**UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

In the parties' October 19, 2004 Joint Status Report, they requested that the stay in this case be extended until June 24, 2005. For good cause shown, the Court **GRANTS** this request. The parties shall file a joint status report on or by Tuesday, May 24, 2005.

**IT IS SO ORDERED.**

/S/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge