# In the United States Court of Federal Claims

No. 04-069C
(Filed December 28, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CLEVELAND ELECTRIC ILLUMINATING COMPANY**,

**PENNSYLVANIA POWER COMPANY,**

**THE TOLEDO EDISON COMPANY,**

Plaintiffs,

v.

**UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the parties' joint status report and joint motion for a continuation of the stay. The Court **GRANTS** the motion. All proceedings in this case shall be **STAYED** until **June 30, 2006**, by which date the parties shall file a joint status report.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge