# In the United States Court of Federal Claims

No. 04-069C
(Filed June 30, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **CLEVELAND ELECTRIC ILLUMINATING COMPANY**, | * |
| **PENNSYLVANIA POWER COMPANY,** | * |
| **THE TOLEDO EDISON COMPANY,** | * |
| Plaintiffs, | * |
| v. | * |
| **UNITED STATES,** | * |
| Defendant. | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the parties' joint status report and joint motion for a continuation of the stay, filed June 30, 2008. The Court **GRANTS** the motion. All proceedings in this case shall be **STAYED** until December 15, 2008, by which date the parties shall file a joint status report.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge