# In the United States Court of Federal Claims

No. 04-069 C
(Filed: August 28, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CLEVELAND ELECTRIC** *
**ILLUMINATING COMPANY, et al.** *
*
**Plaintiff,** *
*
**v.** *
*
**UNITED STATES,** *
*
**Defendant** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to Rule 40.1(b) of the Rules of the Court of Federal Claims, to promote docket efficiency, and with his concurrence, the Court hereby directs the Clerk of the Court to transfer this case to the docket of Judge Lawrence J. Block.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge