# In the United States Court of Federal Claims

**No. 04-69C**
**Filed: August 28, 2008**

**CLEVELAND ELECTRIC ILLUMINATING COMPANY, et al.**

v.

THE UNITED STATES

**NOTICE OF REASSIGNMENT TO:**

**Judge Lawrence J. Block**

**Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.**

John S. Buckley
ACTING CLERK OF COURT